FILED'11 JAN 04 08:18 USDC-ORE

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| THOMAS R. ROGERS,<br>Plaintiff | 6:09-CV-00808-AA |
|---|---|
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the amount of $5,527.79 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall:

(1) Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and delivered to Plaintiff's counsel, Merrill Schneider; however,

(2) If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Merrill Schneider, based upon Plaintiff's assignment of these amounts to him.

There are no costs or expenses to be paid herein.

DATED this 31st day of December, 2010.

Michael Hogan Ann Aiken, for
United States District Judge

## Declaration of Tom Rogers

I, Tom Rogers, agree that any Equal Access to Justice Act fees awarded in my federal Social Security disability case should be paid directly to my attorneys, Schneider Law Offices, as payment of their fee for representing me before the U.S. District Court in this matter (CV # 09-808-AA). I understand that there is a chance the amount of the EAJA fees will be taxable to me.

_____           7-9-2010
Tom Rogers                          Date

RECEIVED

JUL 1 2 2010

SCHNEIDER
LAW OFFICES