Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Caver Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| THOMAS ROGERS, Plaintiff, | 6:09-cv-00808-AA |
|---|---|
| v. MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | [PROPOSED] ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $20,765.48 pursuant to 42 U.S.C. § 406(b). This Court has previously awarded $5,527.79 in EAJA fees on this case. Upon payment of the 406(b) fees, plaintiff's attorney will refund the EAJA fees to plaintiff.

Dated this 15 day of May, 2012.

~~Michael Hogan~~ Ann Aiken
United States District Judge